IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00166-WYD-CBS

PAULA MARLATT and
WILLIAM W. MARLATT,

    Plaintiffs,

v.

BANK OF AMERICA, N.A.;
WASHINGTON MUTUAL BANK, FA;
J.P. MORGAN CHASE & CO.;
JPMORGAN CHASE BANK, N.A.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
ONEWEST BANK, FSB;
JEANNINE CASOLARI as Public Trustee;
of Ouray County, CO; and
ALL UNKNOWN PERSONS WHO CLAIM ANY INTEREST IN THE
SUBJECT MATTER OF THIS ACTION,

    Defendants.

## ORDER REMANDING CASE

THIS MATTER is before the Court on the Notice of Removal, filed January 20, 2012 [ECF No. 1]; Plaintiffs' Motion to Remand Back to [State] District Court, filed February 10, 2012 [ECF No. 21]; and Defendants Bank of America, N.A., JPMorgan Chase & Co., JPMorgan Chase Bank, National Association, for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, Washington Mutual Bank, FA, and Mortgage Electronic Registration Systems, Inc.'s (collectively, the "Bank

Defendants") Unopposed Motion to Remand Action to State Court, filed April 6, 2012 [ECF No. 36].

Upon review of the above-referenced motions and the file herein, it is hereby

ORDERED that this case is **REMANDED** to the District Court for Ouray County, Colorado, where it was originally filed as Case No. 2011cv57, with each party responsible for its own attorneys' fees and costs.

Dated: April 12, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE